UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GRICELIS GOMEZ CARRILLO
MILLAN,

      Plaintiff,

vs.                                                        Case No. 3:20-cv-813-MMH-JRK

ANDREW M. SAUL, Commissioner of
the Social Security Administration,

      Defendant.

_____/

**O R D E R**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 20; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on April 29, 2021. In the Report, Judge Klindt recommends that the Unopposed Motion for Entry of Judgment with Reversal and Remand of the Cause to the Defendant (Dkt. No. 19) be granted and the Clerk of the Court be directed to enter judgment and close the case. See Report at 2. No objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. §

636(b)(1). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation (Dkt. No. 20) is **ADOPTED** as the opinion of the Court.

2. The Unopposed Motion for Entry of Judgment with Reversal and Remand of the Cause to the Defendant (Dkt. No. 19) is **GRANTED**.

3. The Clerk of the Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with the following instructions: The Commissioner shall further evaluate whether medical improvement occurred by

comparing the medical evidence from the comparison point decision with the medical evidence currently in the file in accordance with 20 C.F.R. § 416.994 and issue a new decision.

4. The Clerk of the Court is further directed to close the file.

5. In the event benefits are awarded on remand, any § 406(b) fee application shall be filed within the parameters set forth by the Order entered in Case No. 6:12-mc-124-ACC (In Re: Procedures for Applying for Attorney's Fees Under 42 U.S.C. § 406(b)).

**DONE AND ORDERED** in Jacksonville, Florida, this 18th day of May, 2021.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja
Copies to:
Counsel of Record

3